IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| RACHEL CLARK, CHRISTOPHER GARRETSON, AMANDA SHARP, BURKHOLDER, NICOLE HALLER NAVA, BRANDI O'HARA, ASHLEY FENTON PRICE and CHARLA BEAUMONT VIENS, INDIVIDUALLY AND AS NEXT FRIEND OF H.B., A MINOR <br> PLAINTIFFS | § § § § § § § § § § | |
| vs. | § § | No. 2:17CV2091 |
| KURT KNICKREHM, RICHARD WEISS, DEBBIE WILLIAMS, DICK PICKARTS, NIKKOLE HURST, CAROL GEELS, PATSY CHASE, ROBBIE MCKAY and LISA GARRETSON <br> DEFENDANTS | § § § § § § § | |

**AGREED MOTION TO EXTEND TIME TO RESPOND TO MOTIONS TO DISMISS**

COME NOW Plaintiffs Rachel Clark, Christopher Garretson, Amanda Sharp Burkholder, Nicole Haller Nava, Brandi O'Hara, Ashley Fenton Price and Charla Beaumont Viens, Individually and as next Friend of H.B., a minor, and for their Agreed Motion to Extend Time to Respond to Motion to Dismiss would respectfully state as follows:

I.

Plaintiffs' responses to the Motion to Dismiss by Separate Defendants Kurt Knickrehm and Richard Weiss (ECF No. 12) and Amended Motion to Dismiss by Separate Defendants Carol Geels and Roberta McKay (ECF No. 16) are currently due on July 14 and 19, 2017, respectively. Counsel for said Defendants has agreed to allow Plaintiffs an extension of time up to and through July 20,

2017, in which to respond to the pending motions. Accordingly, Plaintiffs respectfully request the Court to grant said extension through July 20, 2017.

WHEREFORE, PREMISES CONSIDERED Plaintiffs respectfully request that the Court enter an Order granting this Agreed Motion and extend the time for Plaintiffs to respond to the pending Motions to Dismiss through July 20, 2017, and for all other relief to which Plaintiffs are entitled.

July 14, 2017

Respectfully submitted,

/s/ W. David Carter
W. David Carter, ASB No. 85025
MERCY ✯ CARTER, L.L.P.
1724 Galleria Oaks Drive
Texarkana, Texas 75503
(903) 794-9419 - Telephone
(903) 794-1268 - Facsimile
wdcarter@texarkanalawyers.com

D. Neil Smith, Texas Bar No. 00797450
Ben King, Arkansas Bar No. 2005260
Amy Miller, Texas Bar No. 24053133
NIX, PATTERSON & ROACH, LLP
1845 Woodall Rogers Freeway, Suite 1050
Dallas, Texas 75201
(972) 831-1188 - Telephone
(972) 444-0716 - Facsimile
dnsmith@me.com
benking@nixlaw.com
amymiller@nixlawfirm.com

ATTORNEYS FOR PLAINTIFFS

<u>CERTIFICATE OF SERVICE</u>

I, W. David Carter, certify that on this 14th day of July, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all counsel of record.

*/s/ W. David Carter*