IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RACHEL CLARK; CHRISTOPHER WAYNE REICHARD;
AMANDA SHARP BURKHOLDER;
NICOLE HALLER NAVA; BRANDI O'HARA;
ASHLEY FENTON PRICE;
CHARLA BEAUMONT VIENS, Individually,
and as Next Friend of H.B., a Minor; and
AMBER LEE REICHARD EMMETT                                             PLAINTIFFS

V.                      CASE NO. 2:17-CV-2091

DEBBIE WILLIAMS; RAYMOND PICKARTZ;
NIKKOLE HURST; CAROL GEELS;
PATSY CHASE; and ROBERTA MCKAY                                        DEFENDANTS

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that, in accordance with the Memorandum Opinion and Order entered this date, the claims of Plaintiffs Rachel Clark, Christopher Wayne Reichard, Amanda Sharp Burkholder, Nicole Haller Nava, Brandi O'Hara, Ashley Fenton Price, Charla Beaumont Viens, and Amber Lee Reichard Emmett are **DISMISSED WITH PREJUDICE** due to the expiration of the statute of limitations and the Court's finding that providing these Plaintiffs with a further opportunity to plead their claims would be futile.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff H.B.'s claims are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim.

**IT IS SO ORDERED** on this 16th day of January, 2018.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE